No. 00–8114. MENTO *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition,* *ante,* p. 234. 

No. 01–571. TAMPICO *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition, ante,* p. 234. 

No. 01–805. FOX *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition, ante,* p. 234. 

No. 01–836. O'CONNOR *v.* UNITED STATES. C. A. Armed Forces. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition, ante,* p. 234. 

No. 01–1058. PEEBLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition,* *ante,* p. 234. 

No. 01–7495. SNOW *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition,* *ante,* p. 234. 